THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Savannah C. Grant,       
Appellant,
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2004-UP-517
Submitted October 1, 2004  Filed October 
 14, 2004  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, 
 of Greenville;,for Respondent.
 
 
 

PER CURIAM:  Savannah Grant appeals her 
 conviction for assault and battery with intent to kill.  Grant argues the trial 
 court erred in denying her motion for a directed verdict.  Grants counsel attached 
 to the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  Grant filed a separate pro 
 se brief and supplemental briefs alleging various errors on the part 
 of the trial court, the police department, and her defense attorney.  After 
 a thorough review of the record, counsels brief, and Grants pro se 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Grants appeal and grant counsels motion to 
 be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.